```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

**ANTOINNE BRAXTON, as Administrator
of the Estate of Linda Marie
Braxton Jones, and Individually,**

    **Plaintiff,**

**v.**                            **CIVIL ACTION NO. 1:19-00318**

**UNITED STATES OF AMERICA,**

    **Defendant.**

### MEMORANDUM OPINION AND ORDER

On November 2, 2020, Magistrate Judge Aboulhosn held a mediation in this case and the parties reached a settlement. See ECF Nos. 54 and 55. Because of this settlement, the court finds it unnecessary to proceed with the remaining dates in the scheduling order and those dates are hereby **CANCELLED**. Plaintiff has, however, filed a petition to compromise and settle the claim and seeks an order of the court approving the settlement and distribution of the settlement proceeds. See ECF No. 57. A hearing on that petition is hereby **SCHEDULED** for December 1, 2020, at 10:00 a.m., in Bluefield. Should the parties determine that a hearing on the petition will not be necessary, they can inform the court so that it may be cancelled

The Clerk is directed to send a copy of this Order to counsel of record.

**IT IS SO ORDERED** this 3rd day of November, 2020.

                        ENTER: *David A. Faber*
                                      David A. Faber
                                       Senior United States District Judge